# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                      NO. 2024 KW 0651
INTEREST OF D.D.

**OCTOBER 18, 2024**

---

In Re:    D.D., applying for supervisory writs, City Court of East
          St. Tammany, Parish of St. Tammany, No. 2022-JC-3340.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT GRANTED** for the sole purpose of remanding to the trial
court for consideration of D.D.'s motion for modification of
disposition.   The trial court can consider a motion for
modification of disposition at any time while the disposition is
still in force. See La. Ch. Code art. 909. A motion for
modification of disposition is equivalent to a motion for
reconsideration of sentence for the purposes of La. Code Crim. P.
art. 916(3). **State v. J.R.S.C.**, 2000-2108 (La. 6/1/01), 788 So.2d
424.   See also **State in Interest of A.N.**, 2018-01571 (La.
10/22/19), 286 So.3d 969 and **State in Interest of J.C.**, 2013-0776
(La. App. 1st Cir. 9/13/13), 134 So.3d 611.

JMG

TPS

    **Penzato, J.** dissents and would not consider the writ
application. D.D. failed to comply with Uniform Rules of Louisiana
Courts of Appeal, Rule 5-3(4), by failing to provide this court
with evidence of a timely filed notice of intent.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT